# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1706

VERSUS

XAVIER R. JOHNSON                                     **MAY 1 2 2020**

---

In Re:    State Of Louisiana, applying for supervisory writs,
          20th Judicial District Court, Parish of West
          Feliciana, No. 18-WFLN-832.

---

**BEFORE:    WELCH, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT GRANTED.** The trial court's ruling granting the motion to quash the bill of information is reversed. On the face of the pleadings, the State charged an offense punishable under a valid statute, namely La. R.S. 14:402. See **State v. Thomas**, 2012-0470 (La. App. 1st Cir. 11/14/12), 111 So.3d 386, 388-89. This matter is remanded to the trial court for further proceedings.

**JEW**
**AHP**

    **Holdridge, J.**, concurs. This ruling does not relieve the State of its burden of proof at trial.

COURT OF APPEAL, FIRST CIRCUIT

_Rául Rud_
DEPUTY CLERK OF COURT
FOR THE COURT